

**HINSHAW & CULBERTSON LLP**
Attorneys at Law

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

Han Sheng Beh
212-471-6238
hbeh@hinshawlaw.com

August 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020

*Via ECF*

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *Martin v. Midland Credit Management, Inc., et al*
Case No: 19 Civ. 1147(AJN)

Dear Judge Nathan:

The parties jointly submit this letter motion seeking a 45-day stay of this case, including, but not limited to, any decision on the pending Motion for Class Certification. As this Court know, the Motion for Class Certification was fully briefed and submitted on July 10, 2020. The parties respectfully request this stay because the parties are discussing a settlement of this matter. A 45-day stay, or until September 28, 2020, will allow the parties the time to explore the possibility of a settlement without additional costs or fees in this fee-shifting case.

We thank the Court for its consideration of this matter.

SO ORDERED.

*[signature: Alison J. Nathan]*
8/15/2020

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s Han Sheng Beh*
Han Sheng Beh
*Attorneys for Defendants*

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

*/s Cassandra P. Miller*
Cassandra P. Miller
*Attorneys for Plaintiff*

CC: All Counsel of Record (via E-filing)

1017968\306397419.v1